```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

RAYMOND DUBACK and                  :   BK No. 09-12251
BARBARA DUBACK                              Chapter 13
         Debtors
- - - - - - - - - - - - - - - - - -x
```

## ORDER RESCHEDULING HEARING

The hearing scheduled for Wednesday, November 4, 2009, on Debtors' Motion to Reconsider Order Denying Confirmation of the Plan is hereby VACATED. Instead, said hearing will take place on Thursday, October 29, 2009, at 11:30 a.m.

The deadline for the Debtors to file an amended Chapter 13 plan is Monday, October 26, 2009, by 4:30 p.m. If an amended plan is filed, it likewise shall be scheduled for hearing on Thursday, October 29, 2009, at 11:30 a.m., with any objections due by Wednesday, October 28, 2009, by 3:00 p.m.

The Objection of HSBC Bank USA, N.A., to Debtor's Second Motion to Reconsider Order Denying Confirmation will also be heard on Thursday, October 29, 2009, at 11:30 a.m.

Dated at Providence, Rhode Island, this 16th day of October, 2009.

                                                         Arthur N. Votolato
                                                       U.S. Bankruptcy Judge

Entered on docket: 10/16/09